**SEALED**  MO09CR323

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED

DEC 16 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| | ) |
| | ) [Vio: 18 U.S.C. § 2251(b) - |
| V. | ) Production of Child Pornography |
| | ) by a Parent & 18 U.S.C. § 2 - |
| ARIEL BRUNSON, | ) Aiding and Abetting & 18 U.S.C. |
| | ) § 2252(a)(4) - Possessing Material |
| Defendant. | ) Containing Visual Depictions of |
| | ) Minors Engaged in Sexually |
| | ) Explicit Conduct] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 2251(b) & 2]

That on or about September 3, 2009, in the Western District of Texas, the Defendant,

**ARIEL BRUNSON,**

aided and abetted by John Christopher Brunson, being a parent or legal guardian of a minor, did knowingly permit such minor to engage in sexually explicit conduct for the purpose of producing a visual depiction, to wit: photographs, of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

A violation of Title 18, United States Code, Section 2251(b) and Title 18, United States Code, Section 2.

## COUNT TWO
## [18 U.S.C. § 2252(a)(4)]

On or about September 3, 2009, in the Western District of Texas, the Defendant,

**ARIEL BRUNSON,**

did knowingly possess one or more images or videos which contain visual depictions of minors engaging in sexually explicit conduct, that had been shipped and transported in interstate commerce, the production of which involved the use of minors engaging in sexually explicit conduct.

A violation of Title 18, United States Code, Section 2252(a)(4).

A TRUE BILL

Original signed by the foreperson of the Grand Ju...

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
United States Attorney

*/s/ Kerry Fleck*

KERRY ANN FLECK
Assistant United States Attorney

# SEALED MO09CR323

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: ECTOR | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Dec. 16, 2009 | MAG CT #: MO-O9-M- | FBI #: |
| CASE NO: MO-09-CR- | ASSISTANT U.S. ATTORNEY: KERRY ANN FLECK | |
| DEFENDANT: ARIEL BRUNSON | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC   INTERPRETER NEEDED No  LANGUAGE: | | |

DEFENSE ATTORNEY:

APPOINTED

DEFENDANT IS:

DATE OF ARREST:                                    BENCH WARRANT: YES

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 18 USC 2251(b) - Production of child pornography by parent & Ct. 2 - Possession of Child Pornography.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A 15 year minimum mandatory term of imprisonment, not to exceed 30 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a $100 mandatory special assessment. Ct. 2 - A term of imprisonment not to exceed 10 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000 fine; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
S/A Juanita Santana
Immigration & Customs Enforcement
P.O. Box 60405
Midland, Texas 79711-0405
432-617-0386 ofc