# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

United States of America

vs.

(1) Ariel Brunson

**EXHIBIT AND WITNESS LIST**

Case Number: MO:09-CR-00323(1)-RAJ

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| DAVID COUNTS | AUSTIN BERRY | TRACEY SCOWN |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 12/22/2009 | DIGITAL | Cristina Lerma |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| X | | | | | STEPHEN PENA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.