UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ARIEL BRUNSON<br><br>Defendant. | ) CRIMINAL NO. MO-09-CR-323<br>) SUPERSEDING<br>) INFORMATION<br>)<br>) [Vio: 18 U.S.C. § 4 -<br>)  Misprision of Felony]<br>)<br>)<br>)<br>)<br>) |

FILED
OCT 2 0 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 4]

That on or about September 3, 2009 in the Western District of Texas, the Defendant,

**ARIEL BRUNSON,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, her husband, John Christopher Brunson's, production of child pornography by a parent, contrary to Title 18, United States Code, Section 2251(b), did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: *[signature]*
BRANDI YOUNG
Assistant U.S. Attorney

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| SEALED: | | UNSEALED XX |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: Junell |
| DATE: October 20, 2010 | MAG CT #: MO-09-CR-323 | FBI #: |
| CASE NO: MO-09-CR-323 | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: BRUNSON, ARIEL | | DOB: |
| ADDRESS: US Marshal Custody | | |
| CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: Ms. Tracey Scown | | APPOINTED |
| DEFENDANT IS: Detained | | |
| DATE OF ARREST: December 17, 2009 | | BENCH WARRANT: NO |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Superseding Information | | |
| OFFENSE (Code and Description): 18 USC 4 - Misprision of a Felony | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Not more than 3 yrs. custody; not more than 1 yr. supervised release; not more than $250,000 fine; $100 mandatory special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: S/A Juanita Santana<br>Immigration & Customs Enforcement<br>PO Box 60405<br>Midland, Texas 79711-0405 | | |

WDT-Cr-3